

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,400-01

**EX PARTE PAUL MALONE, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. W12-13564H(A)
## IN THE CRIMINAL DISTRICT COURT NO. 1 OF DALLAS COUNTY, TEXAS

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated assault and sentenced to imprisonment for forty-five years' imprisonment. The Fifth Court of Appeals affirmed the conviction. *Malone v. State*, No. 05-12-01415-CR (Tex. App.—Dallas June 16, 2014)(not designated for publication).

On July 16, 2015, an order designating issues was signed by the trial court, but no findings have been forwarded to this Court. We remand this application to the Criminal District Court No. 1 of Dallas County to allow the trial judge to complete an evidentiary investigation and enter

findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: January 27, 2016
Do not publish